PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: BENITEZ, Xavier                   Cr.: 15-00044-001
                                                                                              PACTS #: 428910

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                                     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/11/2018

Original Offense:     Conspiracy to Distribute Heroin

Original Sentence: 72 months imprisonment, 5 years supervised release; $100 special assessment

Special Conditions: 1) alcohol and drug testing/treatment; 2) refrain from any crime/threat group association; 3) mental health treatment; 4) participate in education and/or enrichment programs; 5) comply with any Court-ordered child support order; and 6) one-month location monitoring (modified)

Type of Supervision: Supervised Release                  Date Supervision Commenced: 08/02/2019

### STATUS UPDATE/SUMMARY

In April 2021, Benitez was admitted into the New Jersey Department of Health Medical Marijuana Program. All pertinent supporting documentation including medical reports have been submitted and reviewed.

**U.S. Probation Office - Requested Action:** Probation would like Your Honor to be aware of the offender's admittance into this program and requests input pertaining to the drug testing/treatment special condition.

                                                                  Respectfully submitted,

                                                                  SUSAN M. SMALLEY, Chief
                                                                  U.S. Probation Officer

                                                       By:    JOSEPH EMPIRIO
                                                                Senior U.S. Probation Officer

/ jae

Prob 12A – page 2
BENITEZ, Xavier

APPROVED:

_____    09/28/2021
DONALD L. MARTENZ, JR.              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] The Court APPROVES of the offender's admittance into the state's medical marijuana program and marijuana (THC) will be omitted from the drug-testing regiment.

[ ] The Court DOES NOT APPROVE of the offender's admittance into the state's medical marijuana program.

_____
Signature of Judicial Officer

_____
9/28/2021
Date